In the Matter of the Claim of KATIE HOWARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — *Per Curiam*.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.